**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000030**
**28-DEC-2017**
**10:28 AM**

NO. CAAP-17-0000030

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BANK OF AMERICA, N.A., Plaintiff-Appellee,
v.
JEFFREY GOFF HAGAN, Defendant-Appellant
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE COPRPORATIONS 1-10; DOE ENTITIES 1-10 and
DOE GOVERNMENTAL UNITS 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 15-1-0358)

ORDER APPROVING THE DECEMBER 4, 2017
STIPULATION FOR DISMISSAL OF APPEAL
(By: Fujise, Presiding Judge, Ginoza and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed on December 4, 2017 by Plaintiff-Appellee Bank of America, N.A. (Appellee), the papers in support, and the records and files herein, it appears that: (1) Defendant-Appellant Jeffrey Goff Hagan (Appellant) and Appellee stipulate to dismissal of Appellant's appeal pursuant to Rule 42(b) of the Hawai'i Rules of Appellate Procedure, with each party to bear their own attorney's fees and costs.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, the appeal is dismissed, and each party is to bear their own attorney's fees and costs.

DATED: Honolulu, Hawai'i, December 28, 2017.

Presiding Judge

Associate Judge

Associate Judge